UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER STORCH,

    Plaintiff,

v.                                          Case No.: 8:23-CV-286-AAS

MARTIN O'MALLEY,
**Commissioner of Social Security Administration,**

    Defendant.
_____/

## ORDER

    Christopher Storch moves for attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. Section 2412. (Doc. 29). The Commissioner does not oppose the motion. (*Id.*, p. 2).

    Mr. Storch requests $7,441.21 in attorney's fees and $400.00 in costs. (*Id.*, p. 1). The EAJA permits awards for reasonable attorney's fees and costs to a prevailing party against the United States. 28 U.S.C. § 2412. A March 27, 2024 order remanded the Commissioner's final decision under sentence four of 42 U.S.C. Section 405(g) for further administrative proceedings. (Doc. 27). The Clerk entered judgment in favor of Mr. Storch. (Doc. 28).

    The Commissioner does not contest the following: Mr. Storch is the prevailing party; the Commissioner's position was not substantially justified; and Mr. Storch's attorney's fees request is reasonable. (Doc. 29, pp. 1–2). A

1

court should grant a Social Security claimant's request for attorney's fees when it is unopposed. *See Jones v. Colvin*, No. 8:13-CV-2900-T-33AEP, 2015 WL 7721334 (M.D. Fla. Nov. 30, 2015) (awarding unopposed attorney's fees request). Thus, Mr. Storch is entitled to $7,441.21 in attorney's fees.

Attorney's fees awarded to a claimant under the EAJA can be offset to satisfy the claimant's pre-existing debt to the United States. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Following an order, the United States Department of the Treasury will determine whether Mr. Storch owes a debt to the United States. Mr. Storch assigned his rights to EAJA fees to his attorney. (Doc. 29-2). So, if Mr. Storch has no federal debt, the United States will accept his assignment of EAJA fees and pay the fees directly to counsel.

Accordingly, it is **ORDERED** that Mr. Storch's motion for attorney's fees and costs under the EAJA (Doc. 29) is **GRANTED**. Mr. Storch is awarded **$7,441.21** in attorney's fees and **$400.00** in costs.

**ORDERED** in Tampa, Florida on April 15, 2024.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge